UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                **ORDER**
                                Criminal File No. 16-160 (MJD/LIB)

(1) SIMON PETER KILMAN,

      Defendant.

Carol M. Kayser, Assistant United States Attorney, Counsel for Plaintiff.

Reynaldo A. Aligada, Jr., Office of the Federal Defender, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated September 6, 2016. Defendant filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois dated September 6, 2016.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated September 6, 2016 [Docket No. 33].

2. Defendant's Pretrial Motion to Suppress Fruits of Unlawful Search and Seizure [Docket No. 22] is **DENIED**.

Dated:  October 20, 2016         s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court